IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT EUGENE GOREE,

    Petitioner,                 No. CIV S 02-1779 GEB KJM P

    vs.

C.A. TERHUNE,

    Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed a request for an extension of time in which to file objections.

/////

/////

/////

/////

1

1  GOOD CAUSE APPEARING petitioner's June 23, 2005 request for an extension
2  of time is granted and petitioner is given an additional twenty days from the date of this order in
3  which to file his objections to the findings and recommendations.
4  DATED: July 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/gore1779.eot