IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT EUGENE GOREE,

    Petitioner,                   2:02-cv-1779-GEB-KJM-P

    vs.

C.A. TERHUNE,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On September 20, 2005, Judgment was entered in this court denying the petition. On November 15, 2006, petitioner filed a Notice of Appeal and a motion for the appointment of counsel.

        Before petitioner can appeal this decision, a Certificate of Appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Federal Rule of Appellate Procedure 22(b) requires the district court judge who rendered a judgment denying such petition to "either issue a certificate of probable cause or state the reasons why such a certificate should not issue."

        The timely filing of a notice of appeal is a jurisdictional requirement. Scott v. Younger, 739 F.2d 1464, 1466 (9th Cir.1984). Here, the time limit for filing a notice of appeal

1  following entry of judgment is thirty days.  See Fed. R. App. P. 4(a).  Petitioner's Notice of
2  Appeal in this action was filed more than thirty (30) days after entry of Judgment.
3         The United States Court of Appeals for the Ninth Circuit has held that the
4  issuance of a certificate of probable cause cannot vest the court of appeals with jurisdiction if
5  jurisdiction is not proper in that court.  Hayward v. Britt, 572 F.2d 1324, 1325 (9th Cir. 1978).
6  The rationale of Hayward applies with equal force to a certificate of appealability.  For these
7  reasons, the court declines to issue a Certificate of Appealability.  Moreover, petitioner's request
8  for the appointment of counsel is not well taken and is therefore denied.
9         IT IS SO ORDERED.

Dated:  November 27, 2006

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

2